UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAI WANG,<br>Petitioner,<br>v.<br>MARKWAYNE MULLIN, et al.,<br>Respondents. | NO. 1:26-CV-08826-DJC-AC<br><br><u>RELEASE ORDER</u><br>A# 216-338-101 |

Before this Court is Petitioner Kai Wang's Petition for Writ of Habeas Corpus (ECF No. 1). Petitioner entered the country on a B-1/B-2 visa in 2016 and applied for asylum. (Opp'n, Ex. A (ECF No. 5-1) at 2.) His asylum application remains pending, and he has an approved Employment Authorization Document. (*Id.*) Petitioner was detained on September 15, 2026, at SeaTac International Airport. (*Id.*) Petitioner received a bond hearing on October 20, 2026 and was denied bond. (Opp'n, Ex. C (ECF No. 5-3) at 1.) Petitioner is detained under 8 U.S.C. § 1226(a). (Opp'n (ECF No. 5) at 1.)

Petitioner has a protected liberty interest as "a person who has been living within the United States for years who has repeatedly been granted authorization to work lawfully in this country." *Yu v. Warden of the California City Det. Ctr,* No. 1:26-cv-04075 DJC AC, 2026 WL 1972560, at *6 (E.D. Cal. July 8, 2026), *findings and*

*recommendations adopted*, No. 1:26-cv-04075 DJC AC, 2026 WL 3333976, at *1 (E.D. Cal. Nov. 4, 2026). For the reasons stated in *Vivas Moncada v. Warden, California City Detention Center*, No. 1:26-cv-07842-DJC-CSK, 2026 WL 3320743 (E.D. Cal. Nov. 3, 2026), the Court finds that Petitioner's detention without a pre-deprivation hearing violated his due process rights, and that the post-deprivation bond hearing did not cure that violation.

## CONCLUSION

IT IS HEREBY ORDERED that:

1. Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) is granted as to Count One.[1]
2. Respondents are ordered to IMMEDIATELY RELEASE Petitioner Kai Wang from custody and return all of Petitioner's documents and possessions.
3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner without a change in circumstances to warrant Petitioner's re-detention.
4. The Clerk is directed to serve the Golden State Annex Detention Facility with a copy of this Order.
5. The Clerk of the Court is directed to close this case and enter judgment for Petitioner. This Order resolves all pending motions.

IT IS SO ORDERED.

Dated: **November 6, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

[1] In the interest of judicial economy, the Court does not address the remaining grounds for relief presented by Petitioner.

DJC10-Wang1:26-cv-08826.merits